IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00406-CMA-KLM

TERRELL FREDERICK, an individual, on his own behalf, and on behalf of LF, his minor child,

   Plaintiff,

v.

CHIPOTLE MEXICAN GRILL, INC.,

   Defendant.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Dismissal for Failure to Pay Filing/Administrative Fee (Doc. No. 36 ) of Judge Christine M. Arguello entered on July 26, 2017 it is

ORDERED that Defendant's Motion to Dismiss (Doc. No. 13) is DENIED AS MOOT.

FURTHER ORDERED that the each Party is to pay its own costs and attorneys' fees.

FURTHER ORDERED that this case is DISMISSED WITHOUT PREJUDICE for failure to pay the filing/administrative fee..

DATED:   July 25, 2017.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                        By:   s/S. West
                              S. West, Deputy Clerk